IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.** 20-po-7016-GPG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.    **DAVID A. LESH,**

    **Defendant.**

## INFORMATION

The United States Attorney for the District of Colorado hereby charges that:

### COUNT ONE

On or about April 24, 2020, in the State and District of Colorado, upon lands administered by the United States Forest Service, namely the Keystone Ski Area within the White River National Forest, the defendant, DAVID A. LESH, operated a snowmobile off designated route.

All in violation of Title 36, Code of Federal Regulations, Section 261.14.

### COUNT TWO

On or about June 10, 2020, in the State and District of Colorado, upon lands administered by the United States Forest Service, namely the Hanging Lake National Natural Landmark Area within the White River National Forest, the defendant, DAVID A. LESH, entered an area closed for the protection of threatened, endangered, rare, unique or vanishing plants, animals or fish.

All in violation of Title 36, Code of Federal Regulations, Section 261.53(a).

## COUNT THREE

On or about June 10, 2020, in the State and District of Colorado, upon lands administered by the United States Forest Service, namely the Hanging Lake National Natural Landmark Area within the White River National Forest, the defendant, DAVID A. LESH, entered an area closed for the protection of special biological communities.

All in violation of Title 36, Code of Federal Regulations, Section 261.53(b).

## COUNT FOUR

On or about June 10, 2020, in the State and District of Colorado, upon lands administered by the United States Forest Service, namely the Hanging Lake National Natural Landmark Area within the White River National Forest, the defendant, DAVID A. LESH, entered an area closed for the protection of property.

All in violation of Title 36, Code of Federal Regulations, Section 261.53(f).

## COUNT FIVE

On or about June 10, 2020, in the State and District of Colorado, upon lands administered by the United States Forest Service, namely the Hanging Lake National Natural Landmark Area within the White River National Forest, the defendant, DAVID A. LESH, entered an area closed for the protection of historical, archeological, geological, or paleontological interest.

All in violation of Title 36, Code of Federal Regulations, Section 261.53(c).

## COUNT SIX

On or about June 10, 2020, in the State and District of Colorado, upon lands administered by the United States Forest Service, namely the Hanging Lake National Natural Landmark Area within the White River National Forest, the defendant, DAVID A. LESH, entered or was in or on a prohibited body of water.

All in violation of Title 36, Code of Federal Regulations, Section 261.58(k).

Dated this 15th day of September, 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

Pete Hautzinger
Assistant United States Attorney
205 North 4th Street, Suite 400
Grand Junction, CO   81501
Phone: 970-257-7113
Email: peter.hautzinger@usdoj.gov
Attorney for Government