DEFENDANT:   David A. Lesh

YOB:  1985

ADDRESS (City/State):  Denver, CO

OFFENSE:   **Count 1:  36 C.F.R. § 261.14**
Operate a snowmobile off of designated roads, routes and trails.

**Count 2:  36 C.F.R. § 261.53(a)**
Entering an area closed for the protection of endangered plants, animals or fish.

**Count 3:  36 C.F.R. § 261.53(b)**
Entering an area closed for the protection of special biological communities.

**Count 4:  36 C.F.R. § 261.53(f)**
Entering an area closed for the protection of property.

**Count 5:  36 C.F.R. § 261.53(c)**
Entering an area closed for the protection of historical, archeological, geological, or paleontological interest.

**Count 6:  36 C.F.R. § 261.58(k)**
Entering or being in a prohibited body of water.

LOCATION OF OFFENSE:  Garfield and Summit County, CO

PENALTY:   **Count 1 - 6:**  Class B Misdemeanor Penalty:  NMT 6 months imprisonment, NMT $5000.00 fine, or both; $10.00 Special Assessment

AGENT:   SA Ben Leach, USFS

AUTHORIZED BY:  Pete Hautzinger
            Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

THE GOVERNMENT

__X__ will not seek detention in this case     _____ will seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>   No