**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 20-po-7016-GPG**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**

1.     DAVID A. LESH

       Defendant.

---

## MOTION TO QUASH BENCH WARRANT AND SCHEDULE MATTER FOR HEARING

---

Defendant, David Lesh, requests an order from the Court recalling the bench warrant, issued on Friday, October 23 2020. As grounds, counsel states:

1. Mr. Lesh was notified the Court's clerk via email regarding the October 23, 2020 hearing scheduled at 10:00 am. Unfortunately, Mr. Lesh did not receive the e-mail until 5:56 pm on October 22, 2020.

2. Mr. Lesh did try to join the web conference at 11:30 am but was unsuccessful since the meeting has concluded.

3. Undersigned recognizes that he should have contacted Mr. Lesh to ensure that Mr. Lesh received the notices and would participate at 10:00 am. If any of counsel's actions or inactions contributed to Mr. Lesh's non-appearance, counsel requests the Court not punish Mr. Lesh for counsel's failure to inform him.

4. Mr. Lesh is willing to appear before this Court at whatever date and time the Court orders to address the issue of the warrant and the Motion to Withdraw as counsel.

5. Wherefore, counsel respectfully requests the Court set a return date on the Court's calendar for Mr. Lesh to appear with undersigned.  Mr. Lesh will appear before the

Court in Grand Junction, Colorado. At that time, the bench warrant can be addressed and hopefully withdrawn and the matter of Mr. Lesh retaining a new counsel can be addressed.

6. Counsel has conferred with Assistant United States Attorney, Peter Hautzinger, regarding this motion. Mr. Hautzinger objects to the relief requested by this motion.

DATED this 26th day of October, 2020.

Respectfully submitted,

*/s/ Stephen L. Laiche*

Stephen L. Laiche #16427
Griff, Larson, Laiche & Wright
422 White Avenue, Suite 323
Grand Junction, CO 81501
(970) 245-8021
Steve@laichelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26th, 2020, I served a copy of the foregoing via CM/ECF on all interested parties.

s/ Kate Eroshenko
Kate Eroshenko