## AFFIDAVIT

I, Ben Leach, a Special Agent of the United States Forest Service (USFS), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of facts surrounding the promotion of obscenity, and violations of a current federal court order by David LESH and other facts and circumstances described herein.

2. I am a Special Agent with the United States Forest Service (USFS), assigned to the Rocky Mountain Region, specifically to the west slope of Colorado and have been so assigned since November 2015. I have been employed with the USFS as a Special Agent since November 2013. Prior to this, I was employed as a USFS Law Enforcement Officer (LEO) from February 2008. For the first two years as an agent, I was assigned to the front range of Colorado and investigated numerous natural resource related cases. Prior to my employment with the Forest Service in Colorado, I was assigned to Northern California and worked numerous outdoor marijuana cultivation cases, fire cases, state crimes and various federal and state cases related to natural resource management. While there, I was employed as the Regional Operations Commander and Assistant Regional Operations Commander for Campaign against Marijuana Planting (CAMP). CAMP is a multi-jurisdictional taskforce that assists California counties with removal of illegal marijuana gardens, investigations, and evidence collection. Prior to working in law enforcement, I was employed with the Forest Service from 1998.

3. I have a Bachelor's Degree in Natural Resources from Colorado State University (CSU) and have completed two years of Graduate School in Journalism from CSU. I am a graduate

of the Federal Law Enforcement Training Center—from the Land Management Police Training in 2008, and from the Criminal Investigator Training Program in 2014.

4. My primary duties as a Special Agent include detecting, investigating, apprehending, and prosecuting criminal activity on and relating to National Forest System lands. I have been both the lead and assisting investigator in numerous controlled substance investigations and have arrested/cited dozens of persons for possession, manufacturing, transportation, and sales of various controlled substances and illegal drug paraphernalia, as well as related financial, natural resource, and state crimes.

5. I have received over 100 hours of formal training relating to the enforcement of controlled substance laws. This training has been provided to me by other officers, on the job, and in the classroom. I have worked with numerous outside agencies at the local, county, state, and national level. I participate as training cadre and teach the USFS Drug Enforcement Training Program in Colorado and at the Federal Law Enforcement Training Center in Glynco, GA. I am also responsible for investigating other crimes that occur on or have a nexus to USFS lands including, but not limited to, fire, recreation, timber, internal affairs, resource and property damage and theft.

6. Through prior investigations and training, I have become familiar with various forms of criminal activity that occur on National Forest System land. Some of the criminal activity involves personal gain through nontraditional methods including, the use of social media to garner attention, promote business interests and evade traditional permit requirements. The facts in this affidavit do not purport to set forth all of my knowledge regarding this investigation.

7. This affidavit supports violations of 36 CFR Subpart B (261.58 Occupancy and Use) (K) entering or being in a body of water) and 36 CFR Subpart A (261.11 Sanitation) (C)

placing in or near a stream, lake, or other water any substance which does or may pollute a stream, lake, or other water.

8. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for violations of federal and state statutes, a current Federal court order and does not show all of my knowledge about this matter.

## PROBABLE CAUSE

9. On October 21, 2020, USFS Special Agent (SA) Ben LEACH was notified of an Instagram post from the David LESH hashtag "davidlesh" that shows what appears to be David LESH defecating in Maroon Lake, in the Maroon Bells Scenic Area. What appears to be fecal matter exiting the body of LESH is visible in the photo. The Maroon Bells Scenic Area is a highly used and significantly managed portion of the White River National Forest in the state of Colorado.

10. Maroon Lake is also a part of the watershed that supplies drinking water to Aspen Colorado and is one of the most visited sites in the National Forest system. It is a violation of Federal law under 36 CFR Subpart B (261.58) (K) to swim or enter Maroon Lake. This prohibition has been renewed since at least 2011. The order and prohibition are available on the U.S. Forest Service website. Starting in 2020 a reservation is required to enter this part of the Maroon Bells Scenic Area with a private vehicle due to the overwhelming use in the area.

11. At 12:39 p.m. on October 21, 2020 I received a text message from USFS LEO Christopher MANDRICK notifying me of the post. LEO MANDRICK is the local LEO that

covers the Aspen Sopris Ranger District. (The photo in question provided a time 10:54 am when embedded.)

12. LESH includes text with the post stating "Moved to Colorado 15 years ago, finally made it to Maroon Lake. A scenic dump with no one there was worth the wait." The Instagram post is pictured below:







On the afternoon of October 21, 2020 LEO MANDRICK drove to Maroon Lake to investigate. Upon his arrival LEO MANDRICK was looking for evidence verifying the location of the photo and any evidence or witnesses that may be present.

13. LEO MANDRICK reported to me that the water level in Maroon Lake was currently lower than the Instagram post depicts as well as the presence of floating avalanche debris in the lake that is not present in the Instagram photo. LEO MANDRICK was also unable to locate the driftwood log in the foreground.

14. This photo may be an older photo or manipulated is some manner. LESH is subject to a current court order stipulating that he may not violate the law while on National Forest System Lands.

## CONCLUSION

15. Based on the facts set forth herein, and in concert with my training, knowledge, experience, and conversations with other law enforcement investigators, I believe that at some point in time, David LESH did in fact violate federal regulations, specifically, 36 CFR Subpart B (261.58 Occupancy and Use) (K) entering or being in a body of water) and 36 CFR Subpart A (261.11 Sanitation) (C) placing in or near a stream, lake, or other water any substance which does or may pollute a stream, lake, or other water.

16. I, Special Agent Ben Leach, United States Forest Service, being duly sworn according to law, hereby state that the facts provided in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

Dated this 27th day of October, 2020, at Grand Junction, Colorado.

*/S/ Benjamin Leach*
Special Agent Benjamin Leach
United States Forest Service

Reviewed and submitted by Pete Hautzinger, Assistant United States Attorney