IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE GORDON P. GALLAGHER PRESIDING

Criminal Case No. 20-PO-7016-GPG            Court Deputy: A. Barnes
Date:  October 30, 2020                              Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,
v.
**1.  DAVID LESH,**
Defendant.

---

Court Minutes-Motions Hearing

---

11:33 a.m.  Court in Session

Defendant David Lesh appeared out of custody via telephone; Defense Attorney, Stephen Laiche, also appeared via telephone.  Likewise, AUSA Peter Hautzinger appeared via telephone.

This matter proceeds under the CARES Act and Local court directive 2020-4 and its extensions; hence the use of telephonic means.

The Court took up the matter of the Motion to Quash filed at D. 12.

ORDERED: After hearing argument, the Court Ordered that the Motion to Quash at D. 12 is granted and the arrest warrant is quashed.

The Court heard argument on the topic of bond modification.  The Court made the following finding:  On October 21, 2020, Defendant allegedly posted on Instagram, under the account username "davidlesh" (which maintains a blue verification badge issued by Instagram to accounts that are the authentic presence of notable public figures, celebrities, or global brands or entities it represents) an image depicting what appears to be Defendant defecating in Maroon Lake, within the Maroon Bells Scenic Area.  The post included text stating, "Moved to Colorado 15 years ago, finally made it to Maroon Lake.  A scenic dump with no one there was worth the wait."  (D. 14-1, pp. 3-4).

ORDERED: The Court Ordered that the original Appearance Bond and the original Order Setting Forth Conditions of Release remain in effect, plus the Court made the following Order and entered an additional condition as follows:

**Additional Condition of Release, 7(t), added on 10-30-2020:**

> **Pursuant to the Court's authority under 18 USC § 3142 (c)(3), the Court hereby modifies Defendant's conditions of release to assure the safety of any other person and the community.** *See* **18 U.S.C. § 3142 (c)(1)(B)(xiv).  Defendant is hereby precluded from entering onto, being on, or remaining on National Forest System Land.  Additionally, Defendant may not post or cause to be posted on any type of social media platform (including but not limited to Facebook, Twitter, Instagram, WhatsApp, LinkedIn, YouTube, Snapchat, Flickr, Discord, TikTok, Twitch, Vimeo, etc.) any image, picture, video, or another form of communication depicting or purporting to depict himself or any other person violating federal or state law on or in any national park, national forest system land, national monument, land under the authority of the Bureau of Land Management, or any land subject to the original jurisdiction of any federal court.  Additionally, Defendant may not post as prohibited in the foregoing sentences indirectly by or through any surrogate, family member, spokesperson, representative, volunteer, business associate, business, or organization.**

ORDERED:  The Court will once again email these documents (Bond and Order Setting Forth Conditions which now contains paragraph 7(t)) to Defendant for his signature as to the additional condition which signature and documents shall be returned to the Court/Gallagher Chambers by 5:00 PM on Tuesday, November 3, 2020.

The Court took up the matter of the Motion to Withdraw as Attorney filed at D. 7.

ORDERED: Since Defendant did not object to the relief requested in the Motion to Withdraw and the Government took no position, the Motion to Withdraw at D.7 is granted.

ORDERED: Court set a Return Hearing as follows: **10:00 AM on Friday, November 13, 2020** in Room 323/Grand Junction before Magistrate Judge Gordon P. Gallagher.  **Parties may again appear via telephone by calling 888-363-4749, Access Code 3136546#.**

Hearing concluded at: 12:11 p.m.
Hearing duration: 38 minutes