IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-po-7016-GPG

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DAVID A. LESH

       Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE and REQUEST FOR DISCOERY

---

Eric Faddis, counsel for David Lesh, pursuant to D.C.COLO.LAttyR 5, certifies that he is a member in good standing of the bar of this court and enters his appearance on behalf of the above-named defendant, and further requests a copy of the discovery pursuant to the Federal Rules of Criminal Procedure.

DATED this 5th day of November, 2020.

                                      Respectfully submitted,

                                      */s/ Eric Faddis*

                                      Eric Faddis #44990
                                      Varner Faddis Elite Legal
                                      6025 S. Quebec St., Suite 320
                                      Centennial, CO 80111
                                      720-770-8335
                                      efaddis@varnerfaddis.com

# CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2020, I served a copy of the foregoing via CM/ECF on all interested parties.

                                        s/ Eric Faddis
                                        Eric Faddis