**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-po-07016-GPG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.    **DAVID A. LESH,**

    **Defendant.**

---

**SUPERSEDING INFORMATION**

---

The United States Attorney for the District of Colorado hereby charges that:

**COUNT ONE**

On or about April 24, 2020, in the State and District of Colorado, upon lands administered by the United States Forest Service, namely the Keystone Ski Area within the White River National Forest, the defendant, DAVID A. LESH, operated a snowmobile off designated route.

All in violation of Title 36, Code of Federal Regulations, Section 261.14.

**COUNT TWO**

On or about April 24, 2020, through October 21, 2020, in the State and District of Colorado, upon lands administered by the United States Forest Service, namely the Keystone Ski Area within the White River National Forest and elsewhere, the defendant, DAVID A. LESH, sold or offered for sale any merchandise or conducted any kind of work activity or service without authorization.

All in violation of Title 36, Code of Federal Regulations, Section 261.10(c).

Respectfully submitted,

JASON R. DUNN
United States Attorney


_s/ Pete Hautzinger_
Pete Hautzinger
Assistant United States Attorney
205 North 4th Street, Suite 400
Grand Junction, CO  81501
Phone: 970-257-7113
Email: peter.hautzinger@usdoj.gov
Attorney for Government