DEFENDANT:   David A. Lesh

YOB:  1985

ADDRESS (City/State):  Denver, CO

OFFENSE:   **Count 1:  36 C.F.R. § 261.14**
Operate a snowmobile off of designated roads, routes and trails.

**Count 2:  36 C.F.R. § 261.10(c)**
Sold or offered for sale any merchandise or conducted unauthorized work activity or service on Forest System lands

LOCATION OF OFFENSE:  Garfield and Summit County, CO

PENALTY:   **Count 1 - 2:**  Class B Misdemeanor Penalty:  NMT 6 months imprisonment, NMT $5000.00 fine, or both; $10.00 Special Assessment

AGENT:   SA Ben Leach, USFS

AUTHORIZED BY:  Pete Hautzinger
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

THE GOVERNMENT

__X__ will not seek detention in this case   _____ will seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   No