IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE GORDON P. GALLAGHER PRESIDING

Criminal Case No. 20-PO-7016-GPG          Court Deputy: A. Barnes
Date:  February 11, 2021                           Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,
v.
**1.  DAVID LESH,**
Defendant.

_____

Court Minutes and Orders
_____

11:02 a.m.  Court in Session

Defendant David Lesh appeared out of custody via telephone; Defense Attorney, Eric Faddis, also appeared via telephone.  Likewise, AUSA Peter Hautzinger appeared via telephone.

This matter proceeds under the CARES Act and Local court directive 2020-4 and its progeny; hence the use of telephonic means.

The Court noted the filing of the Superseding Indictment at D. 53 and advised the Defendant with regard to same.

Defendant pleaded Not Guilty to each of the Counts of the Superseding Indictment; which pleas the Court received and accepted.

Defense Counsel requested bench trial to be set.  Due to Covid-19 issues, the Court could not yet set an in-person bench trial.

ORDERED: The Court set a Return Hearing as follows: **10:30 AM on March 3, 2021** in Room 323/Grand Junction before Magistrate Judge Gordon P. Gallagher.  **Parties may again appear via telephone by calling 888-363-4749, Access Code 3136546#.**

Government and Defense Counsel shall confer on the length of time that will be requested of the Court for the bench trial.

Hearing concluded at: 11:10 a.m.
Hearing duration: 8 minutes