# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| United States of America, | : |
| | : |
| | : No. 20-PO-07016-GPG |
| v. | : |
| | : |
| David A. Lesh, | : |
| | : |
| *Defendant*. | : |

## NOTICE OF APPEAL

Notice is hereby given that DAVID LESH, defendant in the above captioned case, by his counsel Jared McClain, appeals to the United States District Court, from the judgment in a criminal case entered in this action on January 12, 2022, at ECF No. 106, by Magistrate Judge Gordon P. Gallagher.

Respectfully submitted,

/s/ *Jared McClain*
Jared McClain
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, D.C. 20036
(202) 869-5210

January 25, 2022